# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on May 15, 2009

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| v. | : | |
| | : | VIOLATIONS: |
| **SHELBY LEWIS,** | : | |
| | : | 18 U.S.C. § 1591(a)(1) |
| Defendant. | : | (Sex Trafficking of Children, or by Force, |
| | : | Fraud or Coercion) |
| | : | 18 U.S.C. § 2423(a) |
| | : | (Interstate Transportation of a Minor |
| | : | for Purposes of Prostitution) |
| | : | 18 U.S.C. § 1594(b)(1) and (2) |
| | : | (Criminal Forfeiture) |
| | : | 18 U.S.C. § 2428(a)(1) and (2) |
| | : | (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning on or about March 13, 2006, and continuing until on or about December 22, 2008, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, in and affecting interstate commerce, T.S., a minor under the age of 18 years, knowing that T.S. had not attained the age of 18 years and knowing that T.S. would be caused to engage in a commercial sex act.

Beginning on or about March 13, 2006, and continuing until on or about December 22, 2008, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided and obtained by

any means, T.S., knowing that force, fraud and coercion would be used to cause T.S. to engage in a commercial sex act.

(**Sex Trafficking of Children, or by Force, Fraud, or Coercion**, in violation Title 18, United States Code, Section 1591(a)(1))

## COUNT TWO

Beginning on or about December 23, 2008, and continuing until on or about May 15, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, in and affecting interstate commerce, T.S., a minor person under the age of 18 years, knowing that T.S. would be caused to engage in a commercial sex act.

Beginning on or about December 23, 2008, and continuing until on or about May 15, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided and obtained by any means, T.S., knowing that force, fraud and coercion would be used to cause T.S. to engage in a commercial sex act.

(**Sex Trafficking of Children, or by Force, Fraud or Coercion**, in violation Title 18, United States Code, Section 1591(a)(1))

## COUNT THREE

Beginning on or about March 13, 2006, and continuing until on or about May 15, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS** knowingly transported an individual, that is, T.S., a minor under the age of 18, in interstate commerce, from Maryland to

the District of Columbia, with the intent that T.S. engage in prostitution, a criminal offense under Title 22, D.C. Code, Section 2701 (2001 ed.).

    (**Interstate Transportation of Minor for Purposes of Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT FOUR

Beginning on or about March 1, 2006 and continuing until on or about June 20, 2008, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, in and affecting interstate commerce, S.H., a minor under the age of 18 years, knowing that S.H. had not attained the age of 18 years and knowing that S.H. would be caused to engage in a commercial sex act.

    (**Sex Trafficking of Children, or by Force, Fraud or Coercion**, in violation of Title 18, United States Code, Section 1591(a)(1))

## COUNT FIVE

Beginning on or about March 1, 2006 and continuing until on or about June 20, 2008, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS** knowingly transported an individual, that is, S.H., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia, with the intent that S.H. engage in prostitution, a criminal offense under Title 22, D.C. Code, Section 2701 (2001 ed.).

    (**Interstate Transportation of Minor for Purposes of Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT SIX

Beginning on or about May 17, 2009, and continuing until on or about May 30, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, knowingly recruited, enticed,

harbored, transported, provided, and obtained by any means, in and affecting interstate commerce, M.S., a minor under the age of 18 years, knowing that M.S. would be caused to engage in a commercial sex act.

Beginning on or about May 17, 2009, and continuing until on or about May 30, 2009, in the District of Columbia and elsewhere, the defendant, SHELBY LEWIS, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided and obtained by any means, M.S., knowing that force, fraud and coercion would be used to cause M.S. to engage in a commercial sex act.

> (**Sex Trafficking of Children, or by Force, Fraud or Coercion**, in violation of Title 18, United States Code, Section 1591(a)(1))

## COUNT SEVEN

Beginning on or about May 17, 2009, and continuing until on or about May 30, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS** knowingly transported an individual, that is, M.S., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia, with the intent that M.S. engage in prostitution, a criminal offense under Title 22, D.C. Code, Section 2701 (2001 ed.).

> (**Interstate Transportation of Minor for Purposes of Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT EIGHT

Beginning on or about May 27, 2009, and continuing until on or about May 30, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS**, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, in and affecting interstate commerce,

A.L., a minor under the age of 18 years, knowing that A.L. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children, or by Force, Fraud or Coercion**, in violation of Title 18, United States Code, Section 1591(a)(1))

## COUNT NINE

Beginning on or about May 27, 2009, and continuing until on or about May 30, 2009, in the District of Columbia and elsewhere, the defendant, **SHELBY LEWIS** knowingly transported an individual, that is, A.L., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia, with the intent that A.L. engage in prostitution, a criminal offense under Title 22, D.C. Code, Section 2701 (2001 ed.).

(**Interstate Transportation of Minor for Purposes of Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

## FORFEITURE ALLEGATION AS TO SEX TRAFFICKING COUNTS

1. Counts One, Two, Four, Six, and Eight are re-alleged as though set forth fully herein and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1594(b)(1) and (2).

2. As a result of the offenses alleged in Counts One, Two, Four, Six, and Eight of this Indictment, **SHELBY LEWIS** shall forfeit to the United States pursuant to Title 18, United States Code, Section 1594(b)(1), any property, real or personal, used or intended to be used to commit or to facilitate the commission of the crime of sex trafficking of children, in violation of Title 18, United States Code, Section 1591(a)(1); and pursuant to Title 18, United States Code, Section 1594(b)(2), any property real or personal, constituting or derived from any proceeds

**SHELBY LEWIS** obtained, directly or indirectly, as a result of such violations, including a money judgment.

   **(Criminal Forfeiture,** in violation of Title 18, United States Code, Sections 1594(b)(1) and (2))

## FORFEITURE ALLEGATION AS TO INTERSTATE TRANSPORTATION OF A MINOR FOR PROSTITUTION COUNTS

   1.   Counts Three, Five, Seven, and Nine are re-alleged as though set forth fully herein and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2428(a)(1) and (2).

   2.   As a result of the offenses alleged in Counts Three, Five, Seven, and Nine of this Indictment, **SHELBY LEWIS** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428(a)(1), any property, real or personal, used or intended to be used to commit or to facilitate the commission of the crime of transportation of a minor for prostitution, in violation of Title 18, United States Code, Section 2423(a); and pursuant to Title 18, United States Code, Section 2428(a)(2), any property real or personal, constituting or derived from any proceeds **SHELBY LEWIS** obtained, directly or indirectly, as a result of such violations, including a money judgment.

   **(Criminal Forfeiture,** in violation of Title 18, United States Code, Section 2428(a)(1) and (2))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.