# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-3106**                                  **September Term 2011**

1:09-cr-00213-EGS-1

Filed On: August 2, 2012 [1387148]

United States of America,

    Appellee

v.

Shelby Lewis,

    Appellant

**FILED**

OCT - 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



<u>**ORDER**</u>

By orders filed <u>June 11, 2012</u>, <u>April 26, 2012</u>, and <u>March 16, 2012</u>, the appellant was directed to show cause why the motion to withdraw as counsel should not be considered and decided without a response from counsel. To date, the response to the orders to show cause from the appellant have not been received. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by September 17, 2012.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                BY:    /s/
                            Ken R. Meadows
                            Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk